**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | | |
|---|---|---|
| BONNIE GILBERT, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:21-CV-02158 |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

| | | |
|---|---|---|
| WENDY BRYAN, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:22-CV-00030 |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC, | ) ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| CATHERINE SMITH, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:22-CV-00136 |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC, | ) ) ) | |
| Defendant. | ) ) | |

1



CRYSTAL HULLET, on behalf of herself
and all others similarly situated,

)
)
)
)
)
)
)
)
)
)
)

Plaintiff,

v.

BIOPLUS SPECIALTY PHARMACY
SERVICES, LLC,

Defendant.

Case No. 6:22-CV-00147

LORI GRADER, et al., on behalf of
themselves and all others similarly situated,

)
)
)
)
)
)
)
)
)
)
)

Plaintiff,

v.

BIOPLUS SPECIALTY PHARMACY
SERVICES, LLC,

Defendant.

Case No. 6:22-CV-00159

## NOTICE OF FILING UNOPPOSED MOTION TO CONSOLIDATE

Pursuant to M.D. Fla. L.R. 1.07(b), Plaintiffs Bonnie Gilbert, Lori Grader, Daryl Swanson, Crystal Hullet, Catherine Smith, Robert Queeman, David Gatz, Wendy Bryan, and Patrica White, on behalf of a putative class (hereinafter, collectively, "Plaintiffs"), give notice that they have filed the Unopposed Motion to Consolidate attached as Exhibit A in *Gilbert v. BioPlus Specialty Pharmacy Services, LLC*, No. 6:21-CV-02158 (M.D. Fla.).

Respectfully submitted,

*/s/ Ryan D. Maxey*
John A. Yanchunis
Ryan D. Maxey

2

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

Terence R. Coates*
Dylan J. Gould*
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

*Attorneys for Plaintiffs in Gilbert v. BioPlus
Specialty Pharmacy Services, LLC*

Scott David Hirsch (FL Bar No. 50833)
**SCOTT HIRSCH LAW GROUP PLLC**
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-7062
scott@scotthirschlawgroup.com

Nicholas A. Migliaccio*
Jason S. Rathod*
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiffs in Bryan, et al. v. BioPlus
Specialty Pharmacy Services, LLC*

Robert B. Brown, III (FL Bar No. 621609)
**PENNEKAMP LAW, P.A.**
2811 SW 3rd Avenue
Miami, Florida 33129
T: (305) 860-4445

3

F: (866) 353-5529
pleading@pennekamplaw.com

Joseph M. Lyon*
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Attorneys for Plaintiffs in Smith, et al. v. BioPlus*
*Specialty Pharmacy Services, LLC*

Avi R. Kaufman (FL Bar No. 84382)
**KAUFMAN P.A.**
237 S. Dixie Hwy, 4th Flr.
Coral Gables, FL 33133
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

Lynn A. Toops*
**COHEN & MALAD LLP**
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com

J. Gerard Stranch, IV*
Peter J. Jannace*
**BRANSTETTER STRANCH & JENNINGS PLLC**
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
(615) 254-8801
gerards@bsjfirm.com
peterj@bsjfirm.com

*Attorneys for Plaintiffs in Hullet v. BioPlus*
*Specialty Pharmacy Services, LLC*

Katherine Earle Yanes (FL Bar No. 159727)
**KYNES, MARKMAN & FELMAN, P.A.**
P.O. Box 3396
Tampa, FL 33601-3396

4

Telephone: (813) 229-1118
Facsimile: (813) 221-6750
Kyanes@kmf-law.com

Gary Mason*
David K. Lietz*
**MASON LIETZ & KLINGER LLP**
5301 Wisconsin Avenue, NW. Suite 305
Washington, DC 20016
Tel: (202) 429-2290
dlietz@masonllp.com
gmason@masonllp.com

Gary M. Klinger*
**MASON LIETZ & KLINGER LLP**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (202) 429-2290
gklinger@masonllp.com

M. Anderson Berry*
Gregory Haroutunian*
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Attorneys for Plaintiffs in Grader, et al. v. BioPlus*
*Specialty Pharmacy Services, LLC*

*\* Pro Hac Vice Pending and/or Forthcoming*


## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically filed the foregoing

document with the Clerk of Court by using the Florida E-Filing Portal, which will send a

Notice of Electronic Filing to all counsel of record.

5

                                        */s/* Ryan D. Maxey
                                        John A. Yanchunis